Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
RUSTY W. BESEAU

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUSTY W. BESEAU ) | Case No.: 2:14-cv-01952-GMN-GWF |
| Plaintiff, ) | UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR REMAND AND/OR REVERSAL |
| v. ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. ) | (SECOND REQUEST) |
| Defendant. ) | |

Plaintiff Rusty W. Beseau and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from April 27, 2015 to May 27, 2015 for Plaintiff to file her Motion for Remand and/or Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension.

1  This request is made at the request of Plaintiff's counsel due to a very heavy
2  workload and to allow additional time to fully research the issues presented. This
3  request is made in good faith with no intention to unduly delay the proceedings.

5  DATE: April 28, 2015            Respectfully submitted,
6                                  ROHLFING & KALAGIAN, LLP

7                                       /s/ *Marc V. Kalagian*
8                              BY: _____
                                    Marc V. Kalagian
9                                   Attorney for plaintiff Mr. Rusty W. Beseau

11 DATE:  April 28, 2015
                                    DANIEL G. BOGDEN
12                                  United States Attorney

13                                      /s/ *Heather M. Moss*
14                             BY: _____
                                    HEATHER M. MOSS
15                                  Special Assistant United States Attorney
                                    Attorneys for defendant Carolyn W. Colvin
16                                  |*authorized by e-mail|

18 IT IS SO ORDERED: _____George Foley Jr._____
19                                  UNITED STATES MAGISTRATE JUDGE
20 DATED:  April 29, 2015

-2-